AUSA Initials ____ USAO # _____

AO 108 (Rev. by USAO 4/2020) Application By Telephone or Other Electronic Means for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Maryland

____ FILED ____ ENTERED
____ LOGGED ____ RECEIVED

**4:01 pm, Oct 08 2020**

AT BALTIMORE
CLERK, U.S. DISTRICRT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
the Domain Name AllianceFunding-Covid19.com )  Case No. 1:20-mj-2379 TMD
)
)

## APPLICATION BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS
## FOR A WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the __Eastern__ District of __Virginia__ is subject to forfeiture to the United States of America under __18__ U.S.C. § __981__ *(describe the property)*:

See attachment A

The application is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

MICHAEL T MCFARLAND II
Digitally signed by MICHAEL T MCFARLAND II
Date: 2020.09.14 16:37:12 -04'00'

*Applicant's signature*

Special Agent Michael McFarland, HSI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: 9/22/2020

*Judge's signature*

City and state: Baltimore, Maryland

Thomas M. DiGirolamo, U.S. Magistrate Judge
*Printed name and title*