AO 109 (Rev. by USAO 4/2020) Warrant By Telephone Or Other Electronic Means to Seize Property Subject to Forfeiture (Page 2)

## Return

| Case No.: 1:20-mj-2379 TMD | Date and time warrant executed: 9/22/2020 1836 | Copy of warrant and inventory left with: Verisign Inc. |
|---|---|---|

Inventory made in the presence of: Special Agent Michael McFarland

Inventory of the property taken: The domain name "AllianceFunding-Covid19.com"

____ FILED   ____ ENTERED
____ LOGGED  ____ RECEIVED

**3:56 pm, Oct 08 2020**
AT BALTIMORE
CLERK, U.S. DISTRICRT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

### Certification

I declare under penalty of perjury that this inventory is correct and was returned electronically along with the original warrant to the designated judge pursuant to Fed. R. Crim. P. 4.1 and 41(f)(1)(D).

Date: 9/25/2020

Michael T McFarland
*Executing officer's signature*

Michael T McFarland II, SA
*Printed name and title*